CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 17 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| OWAIIAN M. JONES,<br>    Plaintiff, | Civil Action No. 7:15-cv-00625 |
| v. | **ORDER** |
| RAPPAHANNOCK REGIONAL<br>JAIL, <u>et al.</u>,<br>    Defendants. | By:  Hon. Michael F. Urbanski<br>       United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g) and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This __16R__ day of November, 2015.

/s/ Michael F. Urbanski
United States District Judge